IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09-CR-00009-KDB-DCK-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| DARWYN JAVAN ROBINSON | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Darwyn Javan Robinson's *pro se* Supplemental Emergency COVID-19 Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 228). This is now Defendant's third filing with the Court asserting the same general complaints and requesting compassionate release. (Doc. Nos. 221, 226). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion properly supported by evidence.

Defendant is a 31 year-old male who states in his motion "Defendant does not have any underlying medical conditions as detailed by the Centers of Disease Control and Prevention that make contraction of the COVID-19 virus more deadly…." The Court has previously addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior rulings.

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* Supplemental Emergency COVID-19 Motion for Reduction in Sentence pursuant to

18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018, (Doc. Nos. 228), is **DENIED** without prejudice to a renewed motion properly supported by evidence.

**SO ORDERED.**

Signed: August 20, 2020

Kenneth D. Bell
United States District Judge